THE STATE, EX REL. L&K RESTAURANTS & MOTELS, APPELLEE, *v.* INDUSTRIAL COMMISSION OF OHIO, APPELLANT.

[Cite as State, ex rel. L&K Restaurants & Motels, *v.* Indus. Comm. (1990), 56 Ohio St. 3d 105.]

(No. 90-704—Submitted September 25, 1990—Decided December 19, 1990.)

106

*Vorys, Sater, Seymour & Pease,* *Anne C. Griffin* and *Bradley K. Sinnott,* for appellee.

*Anthony J. Celebrezze, Jr.,* attorney general, *Michael L. Squillace* and *Cheryl J. Nester,* for appellant.

*Per Curiam.* On authority of *State, ex rel. Ormet Corp.,* v. *Indus. Comm.* (1990), 54 Ohio St. 3d 102, 561 N.E. 2d 920, the judgment of the court of appeals is hereby affirmed.

*Judgment affirmed.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.